**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

UNITED STATES OF AMERICA      )
                                                    )

v.                                              )      Criminal No. 3:09-00171
                                                )      Judge Trauger

CHRISTINA M. LANDRUM     )
                                                    )

## O R D E R

It is hereby **ORDERED** that a hearing shall be held on the Petition to Revoke

Supervision (Docket No. 23) on Monday, March 11, 2013, at 1:00 p.m.

It is so **ORDERED**.

ENTER this 8th day of January 2013.

_____
ALETA A. TRAUGER
U.S. District Judge