IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. Hearing reset for 10/8/13 at 2:00 p.m.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:09-00171 |
| ) | Judge Trauger |
| CHRISTINA M. LANDRUM ) | |

MOTION TO CONTINUE REVOCATION HEARING

Comes Christina M. Landrum, through counsel, and moves this Honorable Court, again, to continue the revocation hearing in this matter currently scheduled for September 30, 2013. Ms. Landrum respectfully requests a date after October 3, 2013, the date of her sentencing hearing.

This request is being made for all the same reasons as the previous request. The parties believe that this revocation matter can be resolved without difficulty in the wake of her sentencing in her current case. Brent Hannafan, the Assistant United States Attorney handling this case for the government, joins in this request.

Respectfully submitted,

/s/ *Jude T. Lenahan*
JUDE T. LENAHAN, BPR # 003759
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047

Attorney for Christina M. Landrum

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2013, I electronically filed the foregoing Motion to Continue Revocation Hearing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Brent Adams Hannafan, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203.

/s/*Jude T. Lenahan*